IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                                 RESPONDENT

v.                                          Case No.  1:13-cr-10021
                                            Case No.  1:15-cv-1036

ROBERT LEE BENNETT                                                                             MOVANT

**ORDER**

  Before the Court is the Report and Recommendation filed April 22, 2016, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 74.  Judge Bryant recommends that Movant Bennett's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence be denied.  No party has filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, the Court adopts the Report and Recommendation *in toto.*  Accordingly, Movant Bennett's motion (ECF No. 65) is **DENIED** and his claims are **DISMISSED WITH PREJUDICE**.

  **IT IS SO ORDERED**, this 26th day of May, 2016.

                   /s/ Susan O. Hickey
                   Susan O. Hickey
                   United States District Judge